FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Pedro Alberto Monterroso Navas
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION 18 - 6846

NO.

versus

SECTION SECT. F MAG. 2

J.P.C.C/CORRECT HEALTH
Sue ellen monfra
Jean lovett / Sky noble
Rhonda Goff / D.A
Julio Alvarado
Print the full name of all defendants in this
action.
DO NOT WRITE et al.

TENDERED FOR FILING

JUL 19 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

COMPLAINT

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved
       in this action or otherwise relating to your imprisonment?
       Yes ( )  No (X)

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____

   _____

   Defendants _____

   _____

2. Court (If federal court, name of the district court; if state court, name the parish.)

3. Docket Number _____

4. Name of judge to whom case was assigned _____

   _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (X)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

II. PLACE OF PRESENT CONFINEMENT: Jefferson Parish C.C

A. Is there a prisoner grievance procedure in this institution?
Yes ( )  No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (X)  No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. Grievance n° 1710042 ; 10-13-2017
Grievance n° 1506082 ; 6-19-2017 Next
To see the other 2number Grievance accordingly: pages

Grievance: 1807015 - Grievance: 1807031

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? __yes__ /no

D. If your answer is NO, explain why you have not done so: Accordingly in the next pages. /and sometimes I have been impaded or no answered.

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff (First - Middle - Last) __Pedro Alberto Monterroso Navas__
Prisoner Number __100152 1692__
Address __J.P.C.C P.O Box 388 Gretna LA 70053__
Date of Birth __Sept. 21 - 1970__
Date of Arrest __July 13 - 2014 - July 19 came to J.P.C.C__
Date of Conviction _____

3

III. A (continued) - ADDITIONAL PLAINTIFFS       In Re:_____

(Complete the information below for each additional plaintiff. Each additional plaintiff must read plaintiffs' declaration below and personally sign.)

Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature_____


Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature_____


Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature_____

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant **Sue ellen Monfra** is employed as **Deputy Chief J.P.C.C** at **J.P.C.C**
Address for service: **100 dolhonde S.t P.O Box 388 Gretna LA 70053**

C. Defendant **Jean lovett** is employed as **Medical Administrador** at **J.P.CC Correthealth P.OBox388**
Address for service: **100 dolhonde S.t Gretna LA 70053**

D. Defendant **Sky noble** is employed as **Medical assistant** at **JPCC Correthealth P.OBOX388**
Address for service: **100 dolhonde S.t Gretna LA 70053**

E. Defendant **Rhonda GOFF** is employed as **Homicide detective** at **Homicide section**
Address for service: **J.P Sherif office**

F. Defendant **Julio Alvarado** is employed as **Narcotics detective** at **Special imvestigation bureau**
Address for service: **J.P Sheriff office**

G. Defendant _____?_____ is employed as **D.A** at **J.P**
Address for service: _____
because the malicious evildoings I do not KNOW the defendant's name (D.A)m

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

J.P.C.C /Correcthealth: miscarry unproperly safety and health care attention according their responsability
Homicide detectives: misappropiate; Interrogation procedure
D.A: malicious procedure/proceding, abuse

to see the next pages
4   IV. A,B,C,D,f

V. **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Because the damages/injuries that I have suffered I would like to receive; indemnification/compensation and my Release, soon as possible To be set Free taking in account that, I have almost (4) Four years suffering all kind of unrighteousness during this time in Jailed. I would like to receive my release, (Freedom) or to be sent soon as possible To Federal immigration Facility (ICE Custody).
- To be restored the Comunication with my Children.

VI. **Plaintiff's Declaration**

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __17__ day of __July__, 20__18__.

Without Prejudice UCC-1-308.

_PedroAMontertoso_
(Signature of Plaintiff)
WITHOUT PREJUDICE UCC 1-308

10/2015

## V.(a) RELIEF

(Continued of relief)

I would like to receive: **Indemnification** or **Compensation** Because of all the damages and injuries suffered, and my **release**.

To take in account: that my; Constitutionals, humans Civil and Federal RIGHTS have been violated almost four years.

To take in account the time and other circunstaces and set me free; soon as possible.

You all should take in accounts or must acknowledge and honor the following:

I have almost four(4) years in jailed suffering unrighteousness because I am Foreigner, and considerated handycap.

I want it to be recognized; that I am a real human being created by GOD with the same dignity that, other human being. The unincorporate man of the land, apart from the Corporate Fiction.

I want to be acknoledge that: I am Not "U.S.A Citizen I have Not Green Card, No Sosial Security number No U.S.A Certificated of birth.

Be Known: When I came to: J.P.C.C, I only has (2) weeks in U.S.A.

Be acknowledged that: I did not have nothing to do with The U.S.A trading Company.

I did not have none business with any U.S.A Commercial Corporation. neither the J.P.C.C Commercial Corporation.

- I did not want my name; written in the paperworks with Capital letters. Do Not" be taken in account as Commercial Corporation.

I did not have nothing to do with any Private J.P.CC. or neither U.S.A Commercial Corporation.

I want you all acknowledge that all this sistem have acted in bad Faith against me. The D.A have commited unrighteousness acting with malicious prosecution, and have violated my Constitutional, Federal and Civil Rights.

I wana be taken in account how much time, I have suffered.

I would like to be restored my right to Communication with my Children, cut off by the D.A (cuted off) and my Freedom, mainly these two Petitions First

## V.b  Relief

(Continued of relief)
I would like to be restored the communication with my children, And my Freedom, OR be sent to: I.C.E. Custody Soon as possible.

I Would Like to be acknowledged by you all that: I am foreigner without Sosial security number or Any Kind of document For my Permanency more Time in the U.S.A

I would like to be acknowledged by you all that: I'M Considerated handy cap; because my right leg, unable to endure an attack or Fight, or defend My self.

Therefore I would like to be acknowledged that:
  I am not responsible For press new Charges or Disciplinary actions against me as result of my Complaint, because I have complainted according whatever I believe is true and correct.

· I did not want to receive: none new charges, revenge No reprisalies, no hostilities of any Kind, do not be sent to segregation, or any kind of Punishment.

## INJUNCTIVE RELIEF

I am seeking Injunctive Relief with immigration Results / Release From J.P.C.C
I am seeking Injunctive relief From: unlawful, Illegal / Unconstitutional Custody

I am seeking Injunctive relief For: damages Compesation, Indemnization.

I would like to receive: Assistance / Support By Federal immigration attorney, that speak Spanish or with Spanish interpreter, being that I did not speak good English

I would like: Do not be violated My Constitubnal Rights No more. Stop to open my mail addresed To: Guatemalan Consulate.
To: Court
To: my attorney
Considerated Legal mail.

IV. A (Continued) Complement

I came to Jail on July 19-2014, with a small wound on the skin in the same place that I have surgery in my right leg broquen, performed some years ago.

I was attended by the medical departament, with instructions to giveme medication for infection, pain and daily cleanse, but sometimes they did not do it.

Because the lack care and properly attention I was on risk exposed to the following reazons
- Risk to loss my leg because this was putrifying and it was stinking
- the bone became visible
- Bearing pain without medication sometimes or some medication wasnot effective due the infection.
- Bad practice on my skingraft surgery
- Bad care and attention after skingraft surgery
- I was on risk again of to lossmy right leg because it became very infected

Grievancen: 1506082

date           Stamped on it
6-19-2015      2015 Jun 29 A 9:25  J.P.C.C

Response to Grievans
date           Stamped on it
7-05-2015      2015 July 13 P 3:13

-Since I came here, I have been suffering with from cough and nasal congestion, and only have given me nasal spray for temporary relieve. I am spitting all time. No good treatment. the doctor said did not have other treatment. Only nassa cord.

TENDERED FOR FILING

JUL 19 2018

IV.B (Continued)

Since I have been in Jail J.P.C.C I have been victim of many abuse very often from the inmates and sometimes when I have explained or complained the deputies have ignored me.
Even they have known what happen they pretehend they didnot undertand.

Actually I have been here close to four (4) years incarcerated July-19-2014 From this date I have suffered abuse from the inmates and discrimination from some Autority, which will be exibit when it be reguared.

On September 3-2017 I was assaulted with two (2) other inmates. resulting with my EARDRUM broken and many other strikes on my head, All of We were injured

I was examinated by the doctor from the medical departament she told me: that I have ruptured the left EARDRUM, which need to be seen by the specialist. the doctor prescribed antibiotic and analgesic. while I waiting to be taken to the specialist.
I was taken to the Hospital after four (4) monts, 3 weeks when my EARDRUM have been healed.
All of this time suffering from strong pain inside my head and EARDRUM. this happened September 3-2017 and I went to the Hospital LSU January 24-2018

The doctor said my EARDRUM have been healed and with some sclerosis.
And in the future because the rupture of my EARDRUM I will loss the capacity to hear gradually.

Grievance Nº 1710042

| date Filed: | Stamped | revised | Completed |
|---|---|---|---|
| 10-13-2017 | 2017 oct.30 A 10:22 | | 12-28-2017 |
| Step | RESPONSE: date Filed | Stamped | completed |
| 1 | 12-28-2017 | 2017 dec 29 P3:46 | 1-8-18 |
| 2 | 1-18-2018 | 2018 Jan 11 A10:24 | 1-11-18 |
| 3 | 2-06-2018 | 2018 Feb 7 A 9:52 | 2-06-18 |

IV.C

The week from February five to February nine 2018, some inmates. mainly one that, I will name (x) start to say that there were, many Spanish people in the pod already, later he said (x) that we, the Spanish inmates must we, pay five dollars to be in the dormitory 3C-R. If we do not pay we would be assaulted. If we can not pay with commisary. we have to give the razor.

After this the autority took some actions and removed such people from the dormitory 3C-R. Some inmates (XX) received orders from the removed inmates; to attack me. Because: they said had received information from some deputies that I have been writting; request and Grievances forms about the extortion what they were doing.

On February 21th I was in the dormitory: 3C-R. I was put on my head an laundry bag. So I do not see them, when the three inmates striked me. Beating me on my head and the stomach. I could see them because, I removed the bag inmediatelly. they did it. because they said that, I am an police informant.

Since then. I have been set on Physical risk, because what the deputies had told them. According to the word of some inmates (XXX) I do not have written grievances about this before 06-26-2018 because my own safety. Here nothing is confidential. in this Jail.

I am tire because so much unrighteousness.
I will provide the names in the moment oPBortune, iF is required IF my complaint is approved. because my own safety.
I do not want to be in this Jail no more. I fetire of so much unrighteousness. I feel no safety here in none place J.P.C.C Here nothing is confidential.    I feel tire.
They have violated the policy of confidential statements the rumor or gossip of the deputies had put me on risk.

On June 26-018, I wrotte a grievance, because the inmate that have attacked me on Feb 21-18, he have been sent to the same area that I am located, he is in 3D-L, I am in 3D-R and we go to at the same time, to the yard area. he came complaining me about the gossip's deputies as: explained before.
*Grievance n- 1807015 with the answer: Refused, vague complaint I did not have appeal or completed all steps in the procedure because my own safety, I did not want repressalies or to be sent to segregation and because where I am atually at least I am in peace.

## IV. D

I came to J.P.C.C July 19-2014, I have been in U.S.A only two (2) weeks, before I came to J.P.C.C. Since I came I have been victim of many unrighteousness.
My human, Civil, Federal and Constitutional rights has been violated. I have suffered; physical and psychologic damage I have been exposed to danger by the gossip's deputies IF, I have complainted before, is because I have been affected in something. but nothing else.

Rarely the deputies had stop the fights or attacks because, sometimes: they are partaker of the evildoers or are threaten, or have some relationship. Some inmates have threaten to the spanish deputies, so they do not speak Spanish with the inmates that didnot speak english.

Even though, I can say that here are some deputies that are very honest with their duty.

When I was attacked on sept. 3-2017 the deputy in charge named: Dixon; did not stop the attack because she was threaten.

Always that I am trying to do some complaint, together with the answer they send close to me the peoples that attacked me, is whatever they do. to stop my complaints.

. The most of the times, that I am trying to obtain legal or help or advice, My outgoing mail is open and sent back without the stamp as undelivered because they say wrong addres, but if is legal mail; they to open in my presence only, should be open. they did not (it) do it
I have sent a grievance about my mail open: on Jun 3-18 Grievance N° 1807031-July 03-18 they answerd it they answered: Refused — No violation Articulated. The letter opened are: one to the Guatemalan Consulate one to the Eastern Court of Lousiana U.S. District Court. and other to: 24 Judicial District Public defender to my Attorney Considerated Legal mail
On June. 21-18 I sent a letter again to the Guatemalan Consulate stamped: Jun-22. administration mail sent it back open after 20 days, on July 12-18. deliverately with malicious intention they said; inssufficient addres. I don't know what kind of conspiracy is this.

## IV.E

- I have almost Four (4) years in jailed suffering because I'm Foreigner. I wana make clear that, we have been created by GOD with the same dignity that other human being.
While I have been in jailed suffering many unrighteousness my Constitutional, Federal, Civil rights have been violated.
- I Feel the Jail is only, using me to make money Like Commercial object.

- I wana make clear that: I am not "U.S.A Citizen, I have NOT Green Card, neither sosial security number or American U.S.A Certificated of birth.
- When I came to Jail, I only has two (2) weeks in U.S.A I did not have nothing to do with the U.S.A trading company. I did not have none business with any U.S.A Commercial Corporation or J.P.C.S Commercial Corporation.

- I Wana make clear that: my name is written in all the Paper work's with Capital letters as; Commercial Corporation.
I Want to make clear that: I am NOT "a Commercial corporation or Property of the U.S.A Commercial Corporation.

- I want make clear that: my Constitutional Rights about statements were violated, and manipulated and coerced, abused.
My Right to Consular access in the moment of the arrest have been violated; No call neither informed about this Right.

- I am Foreigner; Citizen from Guatemala C.A
Therefore I should be sent to diffent place, Court, ICE or immigration or something like that, that deal with Alien or Foreigner's case.
The D.A did have committed: many abuses in my case:
She have cut off my comunication with my children about 4 years ago didn't have given me, deliberatelly exculpatory material in my discovery Paquet. She didnot say nothing about termination of Prior Criminal Proceeding in favor of accused.
- the D.A have tried, Exercise Coersion through my ex Lawyer. She have been showing Partiality, because her solidarity with The gender of the victim.
The D.A have been often in contact with my children and the family of the victim.
Has been deliverately manipulating the testimony of my children Through 3th peoples using them as; witness; Falsely
- I did not know to whom accuse because all this, the defendants name .

## IV.F

I have been in J.P.C.C almost (4) four years. (7-19-14)
Deprived From: my Children without Communication
Because the D.A. order Protection, using them
as; witness and manipulating them, Falsely.

I have been deprivated From: my sosial life without
Education; avoiding me sometimes, to receive educative
Books, I have been deprived From: opportunities to
work, or to receive any Kind of training.

Being Foreigner: No U.S.A. Citizenship
No GreenCard, No sosial Security number
Having signed the deportation already.

I have requested information on Jun 15, about Prosecution, No answer.
I have almost (4) years without to take me to trial
Only seting back the Court dates wasting time only
When the legal time to take to trial's under 3 years
Maximum. I believe is useless to go to trial or any kind
of deal, when the law have been violated.
I did not have nothing to do with the contract
that J.P.C.C made about my Case/Permanency in
J.P.C.C. Custody with the state. Therefore I should be
Sent to: Federal immigration Facility.
Therefore I consider: that my Custody in J.P.CC
is Unconstitutional. because is Private Corporation
in violation of the Constitutional Law/treaties
Of the U.S.A. with the nations and Viena Comvention.
and I have over three year in J.P.C.C.

Page 1 of

07/05/2018 07:21 AM

**KEEFE COMMISSARY NETWORK**
P.O BOX 17490, St Louis, MO 63178-7490
380 for JEFFERSON PARISH CORR CTR

Name: MONTERROSO, PEDRO ALBERTO    Bal Before Order: 51.68
052315
ID: 1001521692    DOB:              Bal After Order: 31.27
Acct #: 17556                        Order #: 10636902
CPR #: 100312167                     Order Date: 07/03/2018
Block: 3DR    Tier: 05    Cell:



10636902-100312167

| Bay-Seq | Qty | UOM | Description | Alias T | Price |
|---|---|---|---|---|---|
| KA1 | | | | | |
| A-1000* | 5 | EA | 1 EACH 1ST CLASS STAMP | 1049 | 2.50 |
| A-1000* | 1 | CS | BOOK OF TEN STAMPS | 1050 | 5.00 |
| H-2539 | 1 | EA | MANILLA ENVELOPE | 1015 | 0.32 |
| I-2713 | 5 | EA | #10 WHITE ENVELOPE | 1010 | 0.75 |
| L-3367 | 1 | EA | ZC MEGA BUNEEZ | 3261 | 1.55 |
| M-3664 | 2 | EA | 100% COLOMBIAN FREEZE | 2015 | 9.80 |

SubTotal: 19.92
Tax: 0.49
Total: 20.41

SHORTAGES/CANCELLED
| Alias | Qty | Description | Reason |
|---|---|---|---|
| 1062 | 1 | 8.5 X 14 LEGAL PAD YELL | Unauthorized Item |

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed: _____ Date: 07-03-18
Witnessed By: _____ Date: 09-03-18

---

Page 1

06/27/2018 08:0

**KEEFE COMMISSARY NETWORK**
P.O BOX 17490, St Louis, MO 63178-7490
380 for JEFFERSON PARISH CORR CTR

Name: MONTERROSO, PEDRO ALBERTO    Bal Before Order: 31.25
051577
ID: 1001521692    DOB:              Bal After Order: 8.68
Acct #: 17556                        Order #: 10593198
CPR #: 100311421                     Order Date: 06/26/2018
Block: 3DR    Tier: 05    Cell:



10593198-100311421

| Bay-Seq | Qty | UOM | Description | Alias T | Price |
|---|---|---|---|---|---|
| KA1 | | | | | |
| O-1000* | 1 | CS | BOOK OF TEN STAMPS | 1050 | 5.00 |
| F-2221 | 1 | EA | VIVA PANCHO HOT SALSA 5 | 6454 | 1.55 |
| G-2395 | 1 | EA | HOT SPICY PORK RINDS | 6127 | 1.50 |
| H-2530 | 1 | PAD | 8.5 X 11 LETTER PAD WHT | 1060 | 1.55 |
| I-2713 | 10 | EA | #10 WHITE ENVELOPE | 1010 | 1.50 |
| K-3274 | 1 | EA | SECURITY PEN-BLACK | 1068 | 0.85 |
| M-3664 | 2 | EA | 100% COLOMBIAN FREEZE | 2015 | 9.80 |

SubTotal: 21.75
Tax: 0.82
Total: 22.57

SHORTAGES/CANCELLED
| Alias | Qty | Description | Reason |
|---|---|---|---|
| 1062 | 1 | 8.5 X 14 LEGAL PAD YELL | Unauthorized Item |

I have checked and received this order with any and all credits/shortages as indicated herein.

Pedro Alberto Monterroso Navas
#1001521692 -- 3D-R-05
Jefferson Parish C.C
P.O BOX 388
Gretna LA 70054



Clerk's Office
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, Louisiana 70130