**EXHIBIT A**

Division Of Administration

John Bel Edwards
Governor



P.O. BOX 3718
BATON ROUGE, LA 70821
225-342-5200
1-866-469-9555

**PATIENT'S COMPENSATION FUND**

CorrectHealth Jefferson, LLC

3384 Peachtree Road, NE, Suite 700

Atlanta, Georgia  30326

The above-named Health Care Provider is hereby certified as an Enrollee under La. R.S.40:1231:1 et seq., with effective dates as follows.

**Enrollment Period:**  11/01/2016 -- 11/01/2017

**Company:**  Ironshore Specialty Insurance Co.

**Coverage Type:**  Claims Made

**Class:**  CORPORATION

**Specialty:**  CORPORATION

It is further certified that securities of ONE HUNDRED THOUSAND ($100,000.00) dollars deposited with the Board, acknowledges financial responsibility for the indicated period(s).

06/12/2018
Print Date

*[signature]*
LOUISIANA PATIENT'S COMPENSATION FUND

An Equal Opportunity Employer
www.doa.louisiana.gov/pcf