UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PEDRO ALBERTO MONTERROSO NAVAS          CIVIL ACTION

VERSUS                                  NO. 18-6846

JPCC/CORRECT HEALTH ET AL.              SECTION "F" (2)

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on April 17, 2019 (Rec. Doc. No. 40), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motions to dismiss, Record Doc. Nos. 19 and 22, are **GRANTED**, and that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1), and/or under Heck.

New Orleans, Louisiana, this __5th__ day of ____June____, 2019.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE